UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  <br>  )  <br>  **Plaintiff,**  )  <br>  )  <br>  v.  )  <br>  )  <br>  **PABLO RAYO-MONTANO, et al.**  )  <br>  )  <br>  **Defendants.**  )  <br>  ) | Criminal No. 05-316 (ESH) |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as co-counsel for the United States of America in the above-captioned matter.

                                      /s/ *Donnell W. Turner*
By:   _____
        Trial Attorney
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Ave., N.W., 8th Fl.
        Washington, D.C.  20005
        (202) 307-5977
        Donnell.Turner@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above was served upon counsel for the Defendants via the CM/ECF system this 1st day of March, 2008.

    /s/ *Donnell W. Turner*

    _____

    Donnell W. Turner